IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BEDER LOZADA-CYBIDES,

    Petitioner,

vs.                                         CASE NO. 5:06cv3/RS-MD

JOSE BARRON, JR.,

    Respondent.

_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 18) and Petitioner's Objections to Magistrate's Report and Recommendation (Document 19). I have reviewed *de novo* the issues raised by Petitioner's objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss 28 U.S.C. §2241 Petition With Incorporated Memorandum of Law (Document 11) is **granted**.

3. The Petition for Writ of Habeas Corpus is **denied**.

4. The clerk is directed to close the file.

ORDERED on June 23, 2006

                                            **/S/RICHARD SMOAK**
                                            RICHARD SMOAK
                                            UNITED STATES DISTRICT JUDGE